IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GREGORY MICHAEL LEWIS, <br> # 10124152, <br><br> *Plaintiff,* <br><br> vs. <br><br> D.B.I. SERVICES, ET AL., <br><br> *Defendants.* | § § § § § § § § § § § | <br><br><br><br> CIVIL ACTION <br> NO. SA-19-CA-622-DAE |

## ORDER

Before the Court are Plaintiff Gregory Michael Lewis' 42 U.S.C. § 1983 Civil Rights Complaint [#1] and Application to Proceed In Forma Pauperis (IFP) [#2]. A civil rights complaint may not proceed until the plaintiff has paid the $400 filing fee or the plaintiff is granted leave to proceed IFP. Plaintiff Lewis has not paid the filing fee, and his IFP application is incomplete because it is not accompanied by a Nueces County Jail institutional trust fund account statement showing deposits and balances to his institutional account for the previous six months. The court will allow Plaintiff twenty-one (21) days to pay the filing fee or submit a current Nueces County Jail institutional trust fund account statement in support of his IFP motion. If Plaintiff fails to comply with this Order, his Complaint may be dismissed for failure to prosecute and failure to comply with the orders of this Court. *See* Fed. R. Civ. P. 41(b). Thus,

**IT IS ORDERED** that within twenty-one (21) days of this order Plaintiff shall pay the filing fee or submit a current Nueces County Jail trust fund account statement.

1

**IT IS SO ORDERED.**

SIGNED this 27th day of June, 2019.

                                  ELIZABETH S. ("BETSY") CHESTNEY
                                  UNITED STATES MAGISTRATE JUDGE